IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| REGINA OWENS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:17CV00072  SWW |
| BAPTIST HEALTH, ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on February 17, 2017, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED THIS   21st  DAY OF FEBRUARY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE